

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00083-CV

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellant

v.

Shantinia **REYNOLDS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-03641
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that appellee Shantinia Reynolds recover her costs of this appeal, if any, from appellant VIA Metropolitan Transit Authority.

SIGNED July 18, 2018.

Marialyn Barnard, Justice